# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133819(69)

MICHIGAN FEDERATION OF TEACHERS
and SCHOOL RELATED PERSONNEL, AFT,
AFL-CIO,
　　　　Plaintiff-Appellee,

v

UNIVERSITY OF MICHIGAN,
　　　　Defendant-Appellant.

_____

SC: 133819
COA: 258666
Washtenaw CC: 04-000314-CZ

　　　On order of the Chief Justice, the motion by the Michigan Press Association for leave to file a brief *amicus curiae* is considered and it is GRANTED.



　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 25, 2008　　　　　　　　　　　　_____

Clerk